

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2020

No. 04-19-00833-CV

**IN RE** Christopher **BURDICK**

Original Mandamus Proceeding[1]

### ORDER

On November 25, 2019, relator filed a petition for writ of mandamus and a motion to stay the trial court's November 15, 2019 letter ruling compelling production of certain text messages. On November 27, 2019, we granted the stay pending final resolution of the petition. The real party in interest later filed a response. After reviewing the petition, the response, and the record, we conclude relator is entitled to the relief requested. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED. TEX. R. APP. P. 52.8(c).

The Honorable Peter Sakai is ORDERED to vacate his letter ruling of November 15, 2019 no later than fifteen days from the date of this order.

It is so **ORDERED** on March 11, 2020.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-00691, styled *In the Interest of A.A.B. and C.C.B., Minor Children*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.